No. 632, Misc. ROOSA, ALIAS JONES, v. NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 654, Misc. TROIANI v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 658, Misc. ILLINOIS EX REL. BANGHART v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 813. JUSTHEIM ET AL. v. McKAY, SECRETARY OF THE INTERIOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Clair M. Senior* and *Melville Ehrlich* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *George S. Swarth* for the Secretary of the Interior, and *Louis W. Myers, William W. Clary, Warren M. Christopher, Hugh Fullerton* and *Albert Noble McCartney* for the Signal Oil & Gas Co. et al., respondents.

No. 815. BARNES, TRUSTEE, v. UNITED STATES. Court of Claims. Certiorari denied. *T. Justin Moore, George D. Gibson* and *John W. Riely* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice, Lee A. Jackson* and *Elizabeth B. Davis* for the United States.

No. 823. RYAN CONSOLIDATED PETROLEUM CORP. v. PICKENS ET AL. Supreme Court of Texas. Certorari denied. *A. W. Walker, Jr.* for petitioner. *J. B. Robertson* and *Dan Moody* for respondents.